

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-77,246-14

### IN RE DRAKE LAFAYETTE WILLIS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. W08-24020-T (A) IN THE 283RD DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 283rd District Court of Dallas County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court.

This same issue was raised in a prior mandamus application (WR-77,246-11), which was abated for the trial court to address in 2015. After appointing counsel and holding an evidentiary hearing on December 16, 2015, the trial court determined that an application was filed in Dallas County on April 4, 2013, but the District Clerk had misplaced it. Relator provided a copy of the

application that the district clerk had previously file-stamped and returned to him, and the trial court indicated that the habeas application would be filed. The trial court stated in findings, dated December 18, 2015, as follows:

> It is clear to the trial court that the April 4, 2013 amended application for writ of habeas corpus was misplaced and not presented to the court for consideration. Therefore, the trial court will present the April 4, 2013 amended writ to the Dallas County District Clerk for be filed stamped as a new filing as a "C" writ in this case.

Although a "C" writ for this cause was received by this Court on January 14, 2019 (WR-77,246-13), that application was file stamped in the trial court on October 10, 2018, and not April 4, 2013, and it is different than the copy of the April 4, 2013 filing that Applicant had provided. Applicant now complains that the April 4, 2013 habeas application was never forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Dallas County, is ordered to file a response and indicate whether the April 4, 2013 habeas application has been forwarded to this Court, and if not, the District Clerk shall forward the April 4, 2013 habeas application to this Court. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: March 13, 2019
Do not publish